UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ANDREA LYNN LAUBER :
: CHAPTER 13
Debtor(s) :
:
JACK N. ZAHAROPOULOS :
CHAPTER 13 TRUSTEE :
Movant :
:
vs. :
:
ANDREA LYNN LAUBER :
:
Respondent(s) : CASE NO. **1:25-bk-02670-HWV**

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

COMES NOW Jack N. Zaharopoulos, Standing Chapter 13 Trustee, who objects to confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a) The plan is underfunded relative to claims to be paid – 100% plan at 3.75% interest.

WHEREFORE, the Trustee alleges and avers that the plan cannot be confirmed and, therefore, the Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s)' plan.
    b. Dismiss or convert debtor(s)' case.
    c. Provide such other relief as is equitable and just.

Dated: October 23, 2025

Respectfully submitted:

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

   I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

PAUL MURPHY-AHLES ESQUIRE
DETHLEFS, PYKOSH & MURPHY
2132 MARKET STREET
CAMP HILL, PA 17011-


Dated:  October 23, 2025

              /s/ Jack N. Zaharopoulos
              Office of Jack N. Zaharopoulos
              Standing Chapter 13 Trustee