In re:  Case No. 25-02670-HWV

Andrea Lynn Lauber  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: Oct 24, 2025     Form ID: ntcnfhrg     Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrea Lynn Lauber, 418 Pinehurst Road, York, PA 17402-4156 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5743903 | ^ | MEBN | Oct 24 2025 18:40:20 | Apothaker Scian, 520 Fellowship Road, Suite C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 5743904 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 24 2025 18:40:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 5743905 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 24 2025 19:00:21 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5743906 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 24 2025 18:49:03 | Capital One Bank (Kohl's), PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5743907 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 24 2025 18:49:03 | Capital One Bank (Walmart), PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5747083 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 24 2025 18:49:26 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5743908 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 24 2025 18:49:06 | Carson Smithfield, PO Box 660397, Dallas, TX 75266-0397 |
| 5743909 | + | Email/Text: bankruptcy@cavps.com | Oct 24 2025 18:41:00 | Cavalry SPV I, PO Box 4252, Greenwich, CT 06831-0405 |
| 5743910 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 24 2025 18:41:00 | Concora Credit, PO Box 84059, Columbus, GA 31908-4059 |
| 5743911 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 24 2025 18:49:05 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 5743912 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 24 2025 18:41:00 | Genesis FS Card Services, PO Box 4499, Beaverton, OR 97076-4499 |
| 5743913 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 24 2025 18:41:00 | Jefferson Capital Systems, 16 Mcleland Road, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 5747290 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 24 2025 18:41:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5743914 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 24 2025 18:41:00 | Lakeview Loan Servicing, 4425 Ponce DeLeon Boulevard, Mail Stopo MS 5-251, Miami, FL 33146-1839 |
| 5743915 | + | Email/Text: camanagement@mtb.com | Oct 24 2025 18:41:00 | M&T Bank, Attn: Legal Document Processing, 626 Commerce Drive, Amherst, NY 14228-2391 |

| Recipient ID | | Delivery Method | Date/Time | Address |
| --- | --- | --- | --- | --- |
| 5743916 | | Email/Text: ml-ebn@missionlane.com | Oct 24 2025 18:40:00 | Mission Lane, PO Box 105286, Atlanta, GA 30348 |
| 5743917 | ^ | MEBN | Oct 24 2025 18:40:23 | Patenaude & Felix, 2400 Ansys Drive, Suite 402B, Canonsburg, PA 15317-0403 |
| 5750311 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 24 2025 18:41:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 5750016 | | Email/Text: bnc-quantum@quantum3group.com | Oct 24 2025 18:41:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5743918 | + | Email/Text: ngisupport@radiusgs.com | Oct 24 2025 18:41:00 | Radius Global Solutions, PO Box 390905, Edina, MN 55439-0905 |
| 5743919 | + | Email/Text: bncmail@w-legal.com | Oct 24 2025 18:41:00 | TD Bank USA (Target), PO Box 673, Minneapolis, MN 55440-0673 |
| 5743920 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Oct 24 2025 18:41:00 | Toyota Motor Credit Company, PO Box 9013, Addison, TX 75001-9013 |
| 5743921 | + | Email/Text: accountservicing@trueaccord.com | Oct 24 2025 18:41:00 | TrueAccord, 16011 College Boulevard, Suite 130, Lenexa, KS 66219-9877 |
| 5744445 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 24 2025 18:49:03 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 5743922 | | Email/Text: kcm@yatb.com | Oct 24 2025 18:40:00 | York Adams Tax Bureau, 1405 North Duke Street, PO Box 15627, York, PA 17405-0156 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Paul Donald Murphy-Ahles | |

          on behalf of Debtor 1 Andrea Lynn Lauber pmurphy@dplglaw.com  kgreene@dplglaw.com,rreynolds@dplglaw.com

United States Trustee

          ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Andrea Lynn Lauber,<br><br>**Debtor 1** | Chapter 13<br><br>Case No.  1:25−bk−02670−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**November 26, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Sylvia H. Rambo US Courthouse,<br>Bankruptcy Courtroom 4B, 1501<br>N. 6th St, Harrisburg, PA 17102 | Date: December 3, 2025<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 24, 2025 |

ntcnfhrg (08/21)