# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Andrea Lynn Lauber,             Chapter     13

**Debtor 1**

Case No.     1:25−bk−02670−HWV

## Order Confirming Chapter 13 Plan

The Chapter 13 Plan was filed on September 19, 2025. The Plan, or summary of the Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Chapter 13 Plan is confirmed.

By the Court,

*[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: December 18, 2025

orcnfpln(05/18)

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Andrea Lynn Lauber<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 1:25-BK-02670-HWV<br><br>**Matter:** Order Confirming Chapter 13 Plan |

## CERTIFICATE OF SERVICE

I hereby certify that on Thursday, December 18, 2025, I served a true and correct copy of the **Order Confirming Chapter 13 Plan** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, M-Jur., RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

Label Matrix for local noticing
0314-1
Case 1:25-bk-02670-HWV
Middle District of Pennsylvania
Harrisburg
Thu Dec 18 12:53:03 EST 2025

U.S. Bankruptcy Court
Sylvia H. Rambo U.S. Courthouse
1501 N. 6th Street
Harrisburg, PA 17102-1104

Apothaker Scian
520 Fellowship Road, Suite C306
PO Box 5496
Mount Laurel, NJ 08054-5496

Bank of America
PO Box 982238
El Paso, TX 79998-2238

Capital One Bank
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank (Kohl's)
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank (Walmart)
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One N.A.
by AIS InfoSource LP as agent
PO Box 71083
Charlotte, NC  28272-1083

Carson Smithfield
PO Box 660397
Dallas, TX 75266-0397

Cavalry SPV I
PO Box 4252
Greenwich, CT 06831-0405

Concora Credit
PO Box 84059
Columbus, GA 31908-4059

First Premier Bank
3820 North Louise Avenue
Sioux Falls, SD 57107-0145

Genesis FS Card Services
PO Box 4499
Beaverton, OR 97076-4499

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Lakeview Loan Servicing
4425 Ponce DeLeon Boulevard
Mail Stopo MS 5-251
Miami, FL 33146-1839

LoanCare, LLC
3637 Sentara Way
Virginia Beach, VA 23452-4262

M&T Bank
Attn: Legal Document Processing
626 Commerce Drive
Amherst, NY 14228-2391

M&T Bank
PO Box 1508
Buffalo, NY 14240-1508

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

(p)MISSION LANE LLC
PO BOX 105286
ATLANTA GA 30348-5286

Patenaude & Felix
2400 Ansys Drive, Suite 402B
Canonsburg, PA 15317-0403

Premier Bankcard, LLC
Jefferson Capital Systems, LLC Assignee
Po Box 7999
St. Cloud, MN 56302-7999

Quantum3 Group LLC as agent for
Concora Credit Inc.
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
Crown Asset Management LLC
PO Box 788
Kirkland, WA  98083-0788

Radius Global Solutions
PO Box 390905
Edina, MN 55439-0905

Synchrony Bank
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

TD Bank USA (Target)
PO Box 673
Minneapolis, MN 55440-0673

(p)TD BANK USA N A
C/O WEINSTEIN & RILEY P S
749 GATEWAY STE G601
ABILENE TX 79602-1196

Toyota Motor Credit Company
PO Box 9013
Addison, TX 75001-9013

Toyota Motor Credit Corporation
PO Box 9013
Addison, Texas 75001-9013

| | | |
|---|---|---|
| TrueAccord<br>16011 College Boulevard, Suite 130<br>Lenexa, KS 66219-9877 | (p)US DEPARTMENT OF HOUSING & URBAN DEVELOPME<br>ATTN OFFICE OF REGIONAL COUNSEL<br>801 MARKET STREET 12TH FLOOR<br>PHILADELPHIA PA 19107-3126 | United States Trustee<br>US Courthouse ELECTRONIC<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 |
| York Adams Tax Bureau<br>1405 North Duke Street<br>PO Box 15627<br>York, PA 17405-0156 | Andrea Lynn Lauber<br>418 Pinehurst Road<br>York, PA 17402-4156 | (p)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE ELECTRONIC<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |
| Paul Donald Murphy-Ahles<br>Dethlefs Pykosh & Murphy ELECTRONIC<br>2132 Market Street<br>Camp Hill, PA 17011-4706 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Jefferson Capital Systems<br>16 Mcleland Road<br>PO Box 7999<br>Saint Cloud, MN 56302-9617 | (d)Jefferson Capital Systems, LLC<br>PO BOX 7999<br>SAINT CLOUD, MN 56302-9617 | Mission Lane<br>PO Box 105286<br>Atlanta, GA 30348 |
| TD Bank USA, N.A.<br>C/O Weinstein & Riley, PS<br>749 GATEWAY, SUITE G-601<br>ABILENE, TX 79602 | U.S. Department of Housing and Urban Develop<br>801 Market Street 12th Floor<br>Philadelphia, PA 19107 | Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)LAKEVIEW LOAN SERVICING, LLC | (d)Cavalry SPV I, LLC<br>PO Box 4252<br>Greenwich, CT 06831-0405 | End of Label Matrix<br>Mailable recipients   36<br>Bypassed recipients   2<br>Total   38 |