**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 1:25-bk-02670-HWV |
| ANDREA LYNN LAUBER<br>          Debtor, | Chapter 13 |
| TOYOTA MOTOR CREDIT CORPORATION<br>          Movant, | |
|          v. | |
| ANDREA LYNN LAUBER, and<br>JACK N ZAHAROPOULOS, Trustee,<br>          Respondents. | |

## ORDER

Upon consideration of the Motion for Relief from the Automatic Stay filed by Toyota Motor

Credit Corporation, Doc. 26, and it appearing that the parties have resolved this matter via Stipulation,

Doc. 30, it is

**ORDERED** that the Stipulation is approved.

By the Court,

_Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: April 8, 2026